UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BRENDAN RELYEA,

                        Plaintiff,

-vs-                                                       COMPLAINT
                                                               (Jury Trial Demanded)

MICHAEL HETTINGER, CATHERINE
DESARLE, RICHARD BONILLA, JAMES
HEUSTIS, TROOPER FENNELL, each sued
in their individual capacities,

                        Defendants.
-----------------------------------------------------------X

**I Introduction.**

1. Plaintiff Brendan Relyea brings this action pursuant to 42 U.S.C. § 1983, alleging that Defendants subjected him to excessive force in violation of the Fourth Amendment to the United States Constitution. More specifically, on May 26, 2019, Defendants (1) caused Plaintiff to suffer a broken nose when they either punched him in the face without provocation or (2) failed to intervene when Plaintiff suffered this constitutional violation.

**II Parties**.

2. Plaintiff is a 43 year-old man who lives in Wappingers Falls, within this judicial district.

3. Defendants are State Troopers employed by the New York State Police. They are being sued in their individual capacity. During the events giving rise to this action, Defendants acted under color of state law.

**III Jurisdiction and Venue.**

4. As Plaintiff brings this action pursuant to 42 U.S.C. § 1983 alleging that Defendants violated his rights under the U.S. Constitution, this Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1343(a)(3)(4). As the events giving rise to this case arose in Dutchess County, this case is properly venued in the Southern District of New York.

**IV Statement of Facts.**

5. On May 26, 2019, the Village of Wappingers Falls police were called to the home of Plaintiff's father on South Meiser Avenue, Wappingers Falls.

6. The police were told that Plaintiff was having a mental health episode and had barricaded himself inside his parents' house following an argument with his parents. The Village of Wappingers Falls police called the Defendant state troopers to assist.

7. Upon arriving at the house, one or more of the Defendants found Plaintiff hiding in a closet. Plaintiff was placed in handcuffs behind his back and was escorted from the house.

8. As Plaintiff was being walked out of the house, one or more of the defendants held Plaintiff by his arms as he descended the front steps outside the house. As he left the house, Plaintiff was not physically injured.

9. As Plaintiff was being walked down the front steps, he did not give the Defendants any cause to use excessive force against him. Nonetheless, while Plaintiff's hands were handcuffed behind his back, Defendant Huestis punched Plaintiff squarely in the face, fracturing his nose and causing substantial pain. Given the close proximity of the remaining Defendants to Plaintiff and Defendant Huestis, the remaining Defendants had adequate time to prevent Defendant Huestis' attack on Plaintiff.

11. This excessive force occurred in full view of Plaintiff's parents, who submitted sworn eyewitness statements to the police describing the incident.

12. Plaintiff was not charged at this time with resisting arrest, disorderly conduct, obstructing governmental administration, or any other offense or violation.

13. Plaintiff was immediately taken to Westchester Medical Center in Poughkeepsie, New York, which noted in his medical records that Plaintiff had sustained "Acute comminuted fractures of the bilateral nasal bones with surrounding soft tissue hematoma/swelling." The medical records also state that "There is an acute fracture of the nasal septum as well." In addition, the records provide, "CTs reveal the patient has fractured nasal bones and a fractured nasal septum."

14. Another medical record from Westchester Medical Center states, "Patient has bilateral periorbital contusions and nose deviated to left, which patient states is from a traumatic injury yesterday. Patient is requesting evaluation of his broken nose, which I explained to him is clearly broken and requires outpatient evaluation by plastic surgery."

15. Defendants' unlawful use of force against Plaintiff caused him substantial pain and suffering.

16. Defendants' unlawful use of force was malicious and represented a wanton violation of his constitutional rights.

**V Cause of Action.**

17. Plaintiff incorporate the allegations in ¶¶ 1-16 as if fully restated herein.

18. Defendants subjected Plaintiff to excessive force in violation of the Fourth Amendment to the U.S. Constitution.

19. Defendants failed to intervene in a manner that would have protected Plaintiff from excessive force in violation of the Fourth Amendment to the U.S. Constitution.

WHEREFORE, Brendan Relyea prays for the following relief:

(a)   compensatory damages in an amount to be determined at trial;

(b)   punitive damages in an amount to be determined at trial;

(c)   reasonable attorneys' fees;

(d)   costs and expenses; and

(e)   such other and further relief as is just and proper.

Dated: New York, New York
April 15, 2022

BERGSTEIN & ULLRICH, LLP
5 Paradies Lane
New Paltz, NY 12561
(845) 469-1277

SCOTT A. KORENBAUM, ESQ.
Attorney for Plaintiff
14 Wall Street, Suite 1603
New York, New York 10005
(212) 587-0018

Attorneys for Brendan Relyea

By: _____
Stephen Bergstein