UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRENDAN RELYEA,

                    Plaintiff,                    ORDER

– against –                              22 Civ. 3126 (JCM)

MICHAEL HETTINGER, *et al.*,

                    Defendants.
------------------------------------------------------------X

     IT IS ORDERED that the Attorney General of the State of New York, or one of her representatives, will produce the documents bearing Bates Nos. RELYEA DEFENDANT 0010, 0021-0022 and 0059-0088 to the parties in the above-referenced action;

     IT IS FURTHER ORDERED THAT service of this Order upon the Attorney General of the State of New York, or one of her representatives, including Assistant Attorney General Bahiya Lawrence, is sufficient notice of the Order;

     IT IS FURTHER ORDERED THAT said production shall be made within two weeks and can be served by email addressed to counsel for the parties at the following addresses: (1) scott@korenbaumlaw.com; (2) steve@tbulaw.com; and (3) tgambino.gambinodemers@gmail.com; and

     IT IS FURTHER ORDERED THAT these documents will be maintained as confidential pending the execution of a satisfactory Order of Confidentiality (the "Order"), and that only the attorneys for the parties may view them pending the issuance of the Order.

Dated: May 25, 2023

**SO ORDERED**:

*/s/ Judith C. McCarthy*
           U.S.M.J.