EXHIBIT 1

Certificate# S2524

# Surrogate's Court of the State of New York
# Dutchess County
## Certificate of Appointment of Administrator

File #: 2023-784

IT IS HEREBY CERTIFIED that Letters in the estate of the Decedent named below have been granted by this court, as follows:

| | | |
|---|---|---|
| Name of Decedent: | Brendan Michael Relyea | Date of Death: August 2, 2023 |
| Domicile: | Village of Wappingers Falls | |
| Fiduciary Appointed: | Rohert W Relyea | |
| Mailing Address | 15 S Mesier Avenue | |
| | Wappingers Falls NY 12590 | |

Type of Letters Issued: **LETTERS OF ADMINISTRATION**

Letters Issued On:   September 1, 2023

Limitations: NONE

and such Letters are unrevoked and in full force as of this date.

Dated: September 1, 2023

IN TESTIMONY WHEREOF   I have hereunto set my hand and affixed the seal of the Dutchess County Surrogate's Court at Poughkeepsie, New York.

WITNESS, Hon. Michael G Hayes, Judge of the Dutchess County Surrogate's Court

Erica DeTragtia, Esq, Chief Clerk
Dutchess County Surrogate's Court

*This Certificate is Not Valid Without the Raised Seal of the Dutchess County Surrogate's Court*