EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT RELYEA, in his capacity as
Administrator of the Estate of Brendan
Relyea,

                              Plaintiff,

                                                                            22 Civ. 3126 (JCM)

-vs-

JAMES HUESTIS,

                              Defendant.
------------------------------------------------------------X

1