# THE LAW OFFICES OF
# SCOTT A. KORENBAUM

14 Wall Street, Suite 1603
New York, New York 10005

Tel: (212) 587-0018    Fax: (212) 587-0018

October 4, 2023

BY ECF

Hon. Judith C. McCarthy
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> **SO ORDERED:**
> Application granted. Robert Relyea is substituted as Plaintiff for Brendan Relyea. The Clerk is respectfully requested to amend the caption as set forth in Docket No. 83-2.
>
> _/s/ Judith C. McCarthy_   10-6-23
> JUDITH C. McCARTHY
> United States Magistrate Judge

Re:   *Relyea v. Huestis*
      22 CV 3126 (JCM)

Dear Magistrate Judge McCarthy:

Bergstein & Ullrich, LLP and I have represented Brendan Relyea ("Brendan") from the outset of the litigation. As we previously wrote, Brendan passed on August 2, 2023. Brendan's father, Robert Relyea ("Mr. Relyea"), has been appointed Administrator of the Estate of Brendan Relyea. In this capacity, Mr. Relyea has retained our services to represent him. We now move, pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, for an Order substituting Robert Relyea, in his capacity as Administrator of the Estate of Brendan Relyea, as the proper plaintiff. Thomas Gambino, Esq., counsel for defendant James Huestis, consents to this motion. In connection with this motion we annex the Letters of Administration issued to Mr. Relyea as Exhibit 1. We annex a proposed amended caption as Exhibit 2.

No grounds exist to deny the motion. Rule 25 of the Federal Rules of Civil Procedure provides, in relevant part, that "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative." Fed. R. Civ. Proc. 25(a)(1). Claims brought pursuant to Section 1983, as was the claim asserted by Brendan against defendant Huestis, survive a plaintiff's death. *Yates v. Smith*, 17-CV-1227, 2019 U.S. Dist. LEXIS 159592, *2 (N.D.N.Y. Sep. 19, 2019) (citing *Barrett v. United States*, 689 F.2d 324, 331 (2d Cir. 1982)). And Mr. Relyea, as Administrator, is a "proper party." *Id.* at *3 (citations omitted).

For the reasons articulated above, the instant motion should be granted, Mr. Relyea substituted as plaintiff and the caption amended as reflected in Exhibit 2.

Hon. Judith C. McCarthy
October 4, 2023
Page 2

      Thank you for your attention to this matter.

                                  Respectfully submitted,

                                  *Scott A. Korenbaum*

                                  Scott A. Korenbaum

SAK:sak
Enclosures

cc: All Counsel (via ECF)